JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**FELIX LANGARCIA,**<br><br>Defendant. | Case No. CV 13-03891 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Felix Langarcia, individually and doing business as Las Flautas, based upon the Court's prior grant of summary judgment in favor of plaintiff. Under the circumstances of the case, the Court believes that the award of the commercial sublicense fee of $2,200.00 is appropriate.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Felix Langarcia, individually and doing business as Las Flautas, shall pay the plaintiff, J & J Sports Productions, Inc., $2,200.00 in total damages. Plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

1 | mail or by telefax or by email, copies of this Judgment on counsel for the
2 | defendant or the pro se defendant in this matter.

3

4

5 | Dated: November 16, 2015          *[signature]*

6                                     _____

7                                     William Keller
                                       United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -